THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ETHAN B. SHAKOORI [SBN 330753]
eshakoori@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant
MIDLAND CREDIT MANAGEMENT, INC.

ELY GRINVALD [SBN 285475]
grinvaldely@gmail.com
2355 Westwood Blvd., #562
Los Angeles, CA 90064
(t): 310. 405.5684

Attorney for Plaintiff
GLORIA ALVARADO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SHAWN GOODWIN,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY CAPITAL BANK, AND MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendants. | Case No. 2:25-cv-03419-JAM-JDP<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Local Rule 160 and Federal Rule of Civil Procedure 41(a), Plaintiff Shawn Goodwin and Defendant Midland Credit Management, Inc., by and through their undersigned counsel, jointly stipulate to dismiss this action in its entirety with prejudice.  Each party to bear its own costs and attorneys' fees.

[*Signatures to Follow*]

DATED:  April 7, 2026          SOLOMON WARD SEIDENWURM & SMITH, LLP


By:  */s/ Ethan B. Shakoori*
    THOMAS F. LANDERS
    ETHAN B. SHAKOORI
    Attorneys for Defendant
    MIDLAND CREDIT MANAGEMENT, INC.

DATED:  April 7, 2026          ELY GRINVALD, ATTORNEY AT LAW


By:  */s/ Ely Grinvald (*as authorized on 4/7/26*)*
    ELY GRINVALD
    Attorneys for Plaintiff
    SHAWN GOODWIN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHAWN GOODWIN, | Case No. 2:25-cv-03419-JAM-JDP |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| COMENITY CAPITAL BANK, AND MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendants. | |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice, the above-entitled action is **DISMISSED** in its entirety **WITH PREJUDICE**. Each party shall bear its/his own attorneys' fees and costs.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS ORDERED.**

Dated: April 09, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE